**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**JUSTICE HOWERTON**                                                     **PLAINTIFF**

v.                                       **CIVIL ACTION NO.: 1:26-cv-9-SA-RP**

**PROVIA LLC**                                                          **DEFENDANT**

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

**COMES NOW** counsel for the Plaintiff, Jane A. Watson, and moves this honorable Court for leave to withdraw as counsel. In support thereof, counsel for the Plaintiff would show unto the Court as follows:

1. Pursuant to previous directives of the Court, the undersigned counsel seeks permission to withdraw as counsel for Plaintiff in this matter.

2. Plaintiff will continue to be represented by other counsel of record.

**WHEREFORE PREMISES CONSIDERED**, undersigned counsel prays for an Order granting Jane A. Watson leave to withdraw as counsel for the Plaintiff in this matter.

THIS, the 2nd day of March, 2025.

                                              Respectfully submitted,
                                              /s Jane A. Watson
                                              JANE A. WATSON (MB# 106877)
                                              Attorney for Plaintiff

OF COUNSEL:

THE WATSON LAW FIRM, PLLC
1501 Jackson Ave W STE 113 PMB 101
Oxford, Mississippi 38655-2566
Telephone: (601) 968-0000
Facsimile: (601) 968-0010
Email: jane@thewatsonlawfirm.com

**CERTIFICATE OF SERVICE**

    I, Jane A. Watson, attorney for the Plaintiff, do hereby certify that I have this day served via ECF filing or by United States mail, postage prepaid, a true and correct copy of the above and foregoing document to all counsel of record and the following:

    SO CERTIFIED, this the 2nd day of March, 2026.

                                        /s/ Jane A. Watson
                                        JANE A. WATSON