IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDENN DIVISION

**JUSTICE HOWERTON**                                                    **PLAINTIFF**

v.                                          **CIVIL ACTION NO.: 1:26-CV-09-SA-RP**

**PROVIA LLC**                                                       **DEFENDANT**

**ORDER GRANTING MOTION TO WITHDRAW**

One of the attorneys for the plaintiff, Jane A. Watson, seeks leave to withdraw as counsel of record. ECF 10. The plaintiff will continue to be represented by Attorney Louis H. Watson. The court has reviewed the motion and the record and concludes that the motion should be granted. It is therefore

**ORDERED:**

that the motion of Jane A. Watson to withdraw as counsel of record for Plaintiff Justice Howerton is GRANTED.

THIS, the 4th day of March 2026.

                                                     /s/ Roy Percy
                                                     UNITED STATES MAGISTRATE JUDGE